Timothy F. Umbreit   SBN 145932
4701 Cartwright Ave
Toluca Lake, CA 91602

818-535-7381(v)
818-334-5659 (f)

tim@timumbreit.com

*[proposed] Attorney for: Carey Lee Salley*
*Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Carey Lee Salley<br>aka Carey L. LaSalle<br>aka Carey Lee LaSalle<br><br>Debtor<br>Debtor in Possession | Case No.: 1:10-bk-19021-KT<br><br>The Honorable Judge Kathleen Thompson<br><br>Chapter 11<br><br>NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY TIMOTHY F. UMBREIT AS COUNSEL TO THE DEBTOR |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL CREDITORS AND PARTIES IN INTEREST:**

Pursuant to 11 USC § 327(e) and FRBP 12014, LBR 2014-1 and the Guidelines of the office of the United States Trustee, the Debtor, Carey Lee Salley, applies for an Order authorizing the Debtor to employ Timothy F. Umbreit as attorney for the Debtor and Debtor in Possession (Attorney).

PLEASE TAKE NOTICE that any response, objection, opposition and/or request for a hearing concerning the Application must be in writing and filed and served not later than fourteen (14) days from the date of service of this notice in the form required by LBR 9013-1(f)(1).

LBR 2014-1(b)(3):

(A) The identity of the professional and the purpose and scope for which he is being employed are

Timothy F. Umbreit [proposed] Attorney.

The Debtor requires the services of Attorney to render the following types of professional services:

a. To advise and assist the Debtor with respect to compliance with the requirements of the Office of the United States Trustee (UST);

b. To advise the Debtor regarding bankruptcy law, including the rights and remedies of the Debtor in regard to her assets and to the claims of the creditors;

c. To advise and assist the Debtor in compliance with her duties as a Debtor and a Debtor in Possession under the bankruptcy Code and the applicable bankruptcy Rules;

d. To advise and assist the Debtor in any proceedings or hearings in the Court and in any court where the Debtor's rights might be litigated or affected;

e. To file any motions, applications or other pleadings appropriate to effectuate the reorganization of the Debtor;

f. To advise and assist the Debtor in the negotiation, formulation, confirmation and implementation of the Plan;

g. To advise and assist the Debtor in taking such other actions and perform such service as the Debtor may require.

(B) The Attorney seeks compensation pursuant to 11 USC § 328.

(C) The arrangements for compensation are:

The Debtor and Attorney have agreed, subject to the Court's approval, to the terms of Attorney's employment in this Case. The terms of the agreement are set forth in the Retainer Agreement executed on July 29, 2010 (a copy of which is attached hereto as Exhibit A). Attorney has received $15,000 from the Debtor of which $5000 is a non refundable retainer to cover all pre-petition services including the consultation, research, preparation of the bankruptcy petition and schedules, obtaining all documentation necessary to properly advise the Debtor and to formulate, at least as was then reasonably anticipated, a proposed plan of reorganization. Attorney agreed to bill his normal and customary hourly rate against the Initial Retainer of $325; the balance of the retainer was placed in Attorney's Trust Account to cover filing fees of $1039, certification and recording costs of $58.50 and, subject to this Court's approval, to cover the post petition services outlined above. Debtor proposes to allow Attorney to "Draw Down" against the retainer on monthly basis, such amounts as are reasonably necessary to perform the services at the rate of $325 an hour, subject to the reporting requirements of the Code, Rules and the UST.

(D) A copy of the Application is available upon request to Timothy F. Umbreit, 4701 Cartwright Ave., Toluca Lake, CA 91602; telephone 818-535-7381; fax 818-334-5659; email tim@timumbreit.com.

Dated: July 27, 2010

                                _____/s/ Timothy F. Umbreit_____
                                Timothy F. Umbreit
                                [proposed] Attorney for the Debtor
                                Carey Lee Salley

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4701 Cartwright Ave., Toluca Lake, CA 91602

A true and correct copy of the foregoing document described as Notice of Application to Employ Timothy F. Umbreit as Attorney will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 27, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On July 27, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable, Kathleen Thompson, Judge USBC, 21401 Burbank Blvd., Suite 305, Woodland Hills, CA 91367.

XX Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Timothy F. Umbreit | /s/ Timothy F. Umbreit |
|---|---|
| *Date*  July 27, 2010    *Type Name* | *Signature* |

1  Bay Area Financial
   12400 Wilshire Blvd
2  Suite 230
3  Los Angeles CA 90025

4  Countrywide Bank
   PO Box 10219
5  Van Nuys CA 91410

6  Elliot Roberts
   23704 Long Valley Road
7  Hidden Hills 91302

8
   Franchise Tax Board
9  Attention Bankruptcy
   PO Box 2952
10 Sacramento CA 95812

11
   ING Direct
12 600 West St Germaine St
   Suite 200
13 Saint Cloud MN 56301

14 IRS
   PO Box 21126
15 Philadelphia PA 19114

16
   Janet Sheen Tee
17 View Trust
   1161 San Vicente Blvd Ste 1000
18 Los Angeles CA 90049

19
   Lisa Gutman
20 Remax OTB Estates
   6355 Topanga Canyon Blvd
21 Woodland Hills CA 91367

22
   Paul Radd
23 Prudential California Realty
   23925 Park Sorrento
24 Calabasas CA 91302

25

Notice of Application to Employ          5

1. Peter Baer
2. Barry Eglit
   co Paul Radd
3. 23925 Park Sorrento
   Calabasas CA 91302
4.
5. Reliable Trust Deed Services
   19510 Ventura Blvd
   Suite 214
6. Tarzana CA 91356
7.
   UTLS Default Services LLC
8. PO Box 5899
   5 Park Plaza Suite 1000
9. Irvine CA 92616
10.
    Weiss Family Living Trust
11. J Wink Inc
    PO Box 9026
12. Calabasas CA 91372