SCOTT C. CLARKSON, ESQ. SBN 143271
EVE A. MARSELLA, ESQ. SBN 165797
CHRISTINE M. FITZGERALD, ESQ. SBN 259014
CLARKSON, GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for Creditor, Bay Area
Financial Corporation

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re | Case No. 1:10-bk-19021-KT |
|---|---|
| | Chapter 11 |
| CARY LEE SALLEY, | **NOTICE OF NON-CONSENT OF USE OF CASH COLLATERAL** |
| Debtor and Debtor in Possession. | NO HEARING REQUIRED |

**PLEASE TAKE NOTICE** that claimant Bay Area Financial Corporation ("Claimant"), hereby provides notice pursuant to Sections 363(c)(2) and 546(b) of the Bankruptcy Code in lieu of seizure of property or commencement of action. Claimant is a secured creditor of debtor Carey Lee Salley ("Debtor").

This Notice perfects and makes choate all rights of Claimant under the loan documents, pursuant to which Claimant was granted a security interest in the rents, issues, and profits of the property described in the Deed of Trust an Security Agreement made, executed and delivered by Debtor to Claimant. The Deed of Trust was duly recorded in the Official Records of the Los Angeles County Recorder's Office. In accordance with the terms of the Deed of Trust and this

1  Notice, all rents, issues, and profits of any Property described in the Deed of Trust constitutes

2  "Cash Collateral" as defined in Section 363(c) of the Bankruptcy Code and, therefore, must be

3  sequestered and segregated by the Debtor forthwith.  Section 363(c)(2) prohibits use of Cash

4  Collateral by the Debtor, except upon authority of the Bankruptcy Code, after notice and a

5  hearing or pursuant to Claimant's express consent.  As set forth in this Notice, Claimant

6  expressly does not consent to the Debtor's use of Cash Collateral.

7  

8        Accordingly, this Notice requires that the Debtor either (a) obtain the written consent of

9  Claimant to use the Cash Collateral and to account to Claimant for the use of the Cash Collateral

10 or (b) obtain an order from the United States Bankruptcy Court to use the Cash Collateral.

11 

12 Dated: July 30, 2010                  CLARKSON, GORE & MARSELLA
                                        A Professional Law Corporation

13

14                                         By: _____
                                            Scott C. Clarkson

15                                             Christine M. Fitzgerald
                                            Counsel for Creditor, Bay Area Financial

16                                             Corporation

17

18

19

20

21

22

23

24

25

26

27

28

| In re:<br><br>Carey Lee Salley<br><br>Debtor(s) | CHAPTER 11<br><br>CASE NUMBER: 1:10-bk-19021-KT |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described **Notice of Non-Consent of Use of Cash Collateral** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 2, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒   **See attached Service List**                    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR ~~OVERNIGHT MAIL~~**(indicate method for each person or entity served):
On **August 2, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒   **See Attached Service List**                    Service information continued on attached page.

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 2, 2010** | **Michelle A. Carpenter** | _/s/ mac_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                 **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| Carey Lee Salley | |
| Debtor (s) | CASE NUMBER: 1:10-bk-19021-KT |

# SERVICE LIST

## SECTION I

### Served Via NEF

**Chapter 11 Trustee**
Katherine Bunker    kate.bunker@usdoj.gov

**US Trustee**
Ustpregion16.wh.ecf@usdoj.gov

**Counsel for Debtor**
Timothy F. Umbreit    tim@timumbreit.com

## SECTION II

### Served Via US Mail

**JUDGE**
Honorable Kathleen Thompson
21041 Burbank Blvd.
Woodland Hills, CA 91367

**DEBTOR**
Carey L. LaSalle
6051 Spring Valley Road
Hidden Hills, CA 91302

**20 Largest Unsecured Creditors (Less Than 20 Creditors – All are listed)**

Janet Sheen
1161 San Vincente Blvd. Suite 1000
Los Angeles, CA 90049

Weiss Family Living Trust
J Wink, Inc.
P.O. Box 9026
Calabassas, CA 91372

Bay Area Financial
12400 Wilshire Blvd. Suite 230
Los Angeles, CA 90025

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9013-3.1

| In re: | CHAPTER 11 |
|---|---|
| Carey Lee Salley | |
| Debtor (s) | CASE NUMBER: 1:10-bk-19021-KT |

### Served Via NEF (cont'd)

Countrywide Bank
P.O. Box 10219
Van Nuys, CA 91410

ING Direct
600 W. St. Germaine St. Suite 200
Saint Cloud, MN 56301

### Other Interested Parties

Elliot Roberts
23704 Long Valley Road
Hidden Hills, CA 91302

Reliable Trust Deed Services
19510 Ventura Blvd. Suite 214
Tarzana, CA 91356

UTLS Default Services LLC
P.O. Box 5899
5 Park Plaza Suite 1000
Irvine, CA 92616

### Unsecured Creditors

Franchise Tax Board
Attn: Bankruptcy Dept.
P.O. Box 2952
Sacramento, CA 95812

IRS
P.O. Box 21126
Philadelphia, PA 1911

Lisa Gutman
Remax OTB Estates
6355 Topanga Canyon Blvd.
Woodland Hills, CA 91367

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: | CHAPTER 11 |
|---|---|
| Carey Lee Salley | |
| Debtor (s) | CASE NUMBER: 1:10-bk-19021-KT |

### Served Via NEF (cont'd)

Paul Radd
Prudential California Realty
23925 Park Sorrento
Calabassas, CA 91302

Peter Baer and Barry Eglit
c/o Paul Radd
23925 Park Sorrento
Calabassas, CA 91302

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1